# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DIVISION OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELICA IVAN MULDROW,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EZ E-FILE TAX PREPARERS, INC. and  )<br>AJEENAH CRITTENDON,  )<br>  )<br>    Defendants.  ) | Civil Action File No:<br>1:22-cv-554-TCB |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants EZ E-File Tax Preparers, Inc. and Ajeenah Crittendon ("Defendants"), by and through counsel, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order denying Defendants' Motion To Vacate Or Set Aside (Dkt. 12) entered on May 12, 2022, (Dkt. 15); and from all previous or subsequent rulings and orders in this action that are adverse to Defendants.

## CERTIFICATE OF FONT SIZE

I certify that this brief has been prepared in Times New Roman font, 14 point, a font that complies with Local Rule 5.1.

Dated: June 13, 2022.


Respectfully submitted, this 13th day of June, 2022.

                              LAW OFFICE OF JASON H. COFFMAN

                              */s/ Jason H. Coffman*
                              Jason H. Coffman
                              Georgia Bar No. 173119

3280 Peachtree RD NE, Ste 700
Atlanta, Georgia 30305
Phone (404) 581-3834
e-mail: jcoffman@jcoffmanlaw.com

                              One of the attorneys for Defendants EZ
                              E-File Tax Preparers, Inc. and Ajeenah
                              Crittendon

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing <u>NOTICE</u> with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

Frank G. Podesta
FGP Law, LLC
555 Sun Valley Drive, Suite N-3
Roswell, GA 30076

Tremaine "Trey" Ross
Yasmin Cunningham
The Law Office of Trey Ross
4989 Peachtree Parkway, Suite 202
Peachtree Corners, GA 30092

This 13th day of June, 2022.

*/s/ Jason H. Coffman*
Jason H. Coffman